**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1908**

_____

PAMELA SUE BOND,

                Plaintiff - Appellant,

        v.

UNITED STATES DEPARTMENT OF EDUCATION,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Jackson L. Kiser, Senior District Judge.  (4:14-cv-00013-JLK-RSB)

_____

Submitted:  December 18, 2014        Decided:  December 22, 2014

_____

Before SHEDD, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Pamela Sue Bond, Appellant Pro Se.  Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela Sue Bond appeals the district court's order dismissing the civil action she brought against the United States Department of Education. We have reviewed the record and find no reversible error. Accordingly, although we grant Bond leave to proceed on appeal in forma pauperis, we affirm the district court's order. See Bond v. U.S. Dep't of Educ., No. 4:14-cv-00013-JLK-RSB (W.D. Va. Aug. 18, 2014). We deny Bond's motions for the preparation of a transcript at Government expense and for an update as to the status of her student loan. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED